1  Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
2  332 N. Second Street
San Jose, CA  95112
3  Telephone: (408) 271-6600
Facsimile: (408) 298-6046
4
Attorneys for Plaintiff
5  Daniel Delgado

6

7

8  **THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  DANIEL DELGADO, | Case No.:   1:09-CV-1831-AWI-DLB |
| 11         Plaintiff, | **STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE** |
| 12      vs. | |
| 13  FRESNO FOOD CONCEPT, INC., ENRI 2 LLC, | Presently Scheduled Date: February 3, 2010 |
| 14 | Time: 9:30 a.m. |
| 15         Defendants. | Ctrm: No. 9 (6th Floor) |
| 16 | Proposed Date: February 24, 2010 |
| 17 | Time:  9:15 a.m. |
| 18 | Dennis L. Beck |
| 19 | U.S. Magistrate Judge |

20      Parties are in the process of settlement negotiations and are anticipating resolution of the
21  case before February 24, 2010.

22      IT IS HEREBY STIPULATED by and between the parties hereto through their
23  respective attorneys of record that the Mandatory Scheduling Conference date of February 3,
24  2010 is vacated and that the Mandatory Scheduling Conference is continued to February 24,
25  2010 at 9:15 a.m.

26      IT IS FURTHER STIPULATED that the parties will have until February 17, 2010 to file
27  their Joint Scheduling Report.

28

Stipulation for Continuance and Proposed Order  1

Delgado v. Fresno Food Concept, Inc., et al.

IT IS SO STIPULATED.

Dated: January 20, 2010          PROUT LEVANGIE

By: /s/Kim M. Wells, Esq.
    Kim M. Wells, Esq.
    Attorneys for Defendant Fresno Food
    Concept, Inc. and ENRI 2, LLC

Dated: January 20, 2010          MOORE LAW FIRM, PC

By: /s/Tanya Levinson Moore
    Tanya Levinson Moore
    Attorney for Plaintiff Daniel Delgado

IT IS SO ORDERED.

Dated: **January 26, 2010**          /s/ Dennis L. Beck
    UNITED STATES MAGISTRATE JUDGE

Stipulation for Continuance and Proposed Order  2          Delgado v. Fresno Food Concept, Inc., et al.